UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEREMY KENYON PAGE,

           Plaintiff,

    v.

PAULSON,

          Defendant.

Case No. 18-cv-02545-SI

**JUDGMENT**

      This action is dismissed without prejudice because plaintiff failed to keep the court informed of his current address.

      **IT IS SO ORDERED AND ADJUDGED**.

Dated: August 23, 2018

_____
SUSAN ILLSTON
United States District Judge